

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-20-2004

# Storey v. Burns Intl Security

Precedential or Non-Precedential: Precedential

Docket No. 03-2246

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Storey v. Burns Intl Security" (2004). *2004 Decisions.* Paper 13.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/13

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-2246

CURTIS BLAINE STOREY

Appellant

v.

BURNS INTERNATIONAL SECURITY SERVICES

Appeal from the United States District Court
for the Western District of Pennsylvania
(Civil Action No. 02-cv-00621)
District Judge: Hon. David S. Cercone

Argued: February 9, 2004

Before: SCIRICA, Chief Judge, Roth and McKee, Circuit Judges

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED**, that the Precedential Opinion filed in this case filed

on December 9, 2004, be amended as follows:

In footnote 2, delete the sentence that reads: "The district court also dismissed that

claim, but it is an issue on appeal."  And, replace it with: "The district court also

dismissed that claim, but it is not an issue on appeal."

**IT IS SO ORDERED.**

BY THE COURT:

_____

/s/ Theodore A. McKee

Circuit Judge

DATED:  December 20, 2004